**Petition for Reinstatement from Inactive Status.**

**No. 198 DB 2005.**

Supreme Court of Pennsylvania.

April 17, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2006, the Report and Recommendations of the Disciplinary Board dated March 9, 2006, are approved and it is ORDERED that Elliott Mark Kroll, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Robert Nelson RUST, III**

**Petition for Reinstatement from Inactive Status.**

**No. 203 DB 2005.**

Supreme Court of Pennsylvania.

April 17, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2006, the Report and Recommendations of the Disciplinary Board dated March 9, 2006, are approved and it is ORDERED that Robert Nelson Rust, III, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Steven C. COURTNEY, Respondent.**

**No. 1087 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 25, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of April, 2006, there having been filed with this Court by Steven C. Courtney his verified Statement of Resignation dated March 17, 2006, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Steven C. Courtney be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, retroactive to March 3, 2006, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.